

# Fourth Court of Appeals
## San Antonio, Texas

September 8, 2021

No. 04-21-00348-CV

**IN RE** Elizabeth **DEMBO**, Relator

Original Proceeding[1]

**ORDER**

On August 20, 2021, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not show she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on September 8, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of September, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014EM503939, styled *In re K.T.D.*, pending in the 73rd Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel presiding.